[No. 8824–3–III.  Division Three.  April 18, 1989.]

JAMES C. PETERS, ET AL, *Respondents,* v. SPOKANE LINCOLN MERCURY SALES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–2–04441–2, Harold D. Clarke, J., entered July 7, 1987. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green and Shields, JJ.

[No. 8836–7–III.  Division Three.  April 18, 1989.]

*In the Matter of the Personal Restraint of*
JOSEPH CHARLES HUSTON, *Petitioner.*

Petition for relief from personal restraint. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Green and Shields, JJ.

[No. 11334–1–II.  Division Two.  April 20, 1989.]

VIRGIL R. LEE & SON, INC., *Respondent,* v. ROBERT KRANZ, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Lewis County, No. 85–2–00426–2, Robert L. Charette, J., entered August 18, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Reed, J.

[No. 10586–1–II.  Division Two.  April 20, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. NICHOLAS R. GIESA, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86–1–00332–4, Carol A. Fuller, J., entered December 3, 1986. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.